# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 05-00367DAE

CASE NAME:         USA vs. (04) SANFORD JACOBSON

ATTYS FOR PLA:     Thomas Muehleck

ATTYS FOR DEFT:    (04) Louis Michael Ching

INTERPRETER:

JUDGE:    Leslie E. Kobayashi          REPORTER:    FTR-Courtroom 7

DATE:     3/15/2006                    TIME:        3:19-3:31


COURT ACTION:   EP: Initial Appearance; A & P as to the Indictment - Defendant present in custody.

Defendant sworn to Financial Affidavit. Request for Court Appointed Attorney - Granted. Atty Louis Michael Ching Apptd Atty.

Charges received. Defendant waives public reading of the Indictment. Plea of Not Guilty entered.

Jury Selection/Trial set for 9:00 5/16/06, DAE.
Final Pretrial Conference set for 10:00 4/24/06, LEK.
Defendant's Motions due 4/10/06.
Government's Response due 4/24/06.

No objections to the USPTS Report.  Parties submit.  Motion to Detain Denied and terminated.

Court Orders that the Defendant be released on an unsecured bond in them amount of $25,000 under the following conditions:

The defendant is placed in the Third Party Custodianship of: Sunny Daggett, 1720 Ala Moana Boulevard, Honolulu, Hawaii 96815.

The defendant is released forthwith prior to the signature of the third party custodian. The third party custodian must return the bail papers to the U.S. District Court Clerk's Office no later than: March 17, 2006.

(7b)   Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)  Do not apply for/obtain a passport.

(7h1)  Travel is restricted to State of Hawaii; inter-island travel must be approved in advance by Pretrial Services.

(7n)   Undergo a psychiatric/mental health evaluation and participate in any recommended counseling as approved by Pretrial Services.   Take all medications as prescribed.

(7i)   Do not change residence without the advance approval of Pretrial services.

(7s1)  You are prohibited from owning, possessing, or controlling any firearm or ammunition.  Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

(7y)   You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

(8n)   Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

> You shall not commit any offense in violation of federal, state, or local law while on release in this case.

> You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant remanded to the custody of the US Marshal for processing.

Status Conference set for 1:30 3/16/06, BMK.

Defendant to be physically present.

Third Party Custodian to be physically present.

Submitted by: Warren N. Nakamura, Courtroom Manager