AO 442 (Rev. 10/03) Warrant for Arrest

SEALED BY ORDER OF THE COURT

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 15 2006

at __1__ o'clock and __25__ min. __P__M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 05-00367DAE-04 |
| SANFORD JACOBSON | |

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST SANFORD JACOBSON and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Count 1:   Conspiracy involving financial transactions representing proceeds of unlawful activity

in violation of Title 18 United States Code, Section(s) 1956(a)(1)(B)(I), (a)(3), (h) and 2.

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ signature | September 8, 2005 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL                By: Barry M. Kurren, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 3/15/2006 | John Madinger Special Agent | /s/ John Madinger |