# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/16/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00367DAE |
| CASE NAME: | UA v. (04) Sanford Jacobson |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | (04) Louis Michael Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6F |
| DATE: | 3/16/2006 | TIME: | 1:45 - 1:50 |

COURT ACTION:  EP: Status Conference - deft present on bail.

Defendant advised of possible conflict of having Louis Michael Ching represent him. Defendant waived conflict.

Third-party custodian Sunny Daggett advised of her responsibilities.

Bail to continue.

Submitted by Richlyn Young, Courtroom Manager