

LOUIS MICHAEL CHING  4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: 734-1520

Attorney for Defendant
SANFORD JACOBSON

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 0 6 2006

at __ o'clock and __ min __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SANDFORD JACOBSON, (04), et al., Defendants. | CR. NO. 05-00367-04 DAE<br><br>[18 U.S.C. 1956(a)(1)(B)(i), (a)(3), (h) and 2]<br><br>NOTICE OF DEFENDANT SANDFORD JACOBSON'S MOTION TO CONTINUE PRETRIAL CONFERENCE HEARING AND TRIAL; DEFENDANT SANDFORD JACOBSON'S MOTION TO CONTINUE PRETRIAL CONFERENCE HEARING AND TRIAL; DECLARATION OF COUNSEL; CERTIFICATE OF SERVICE<br><br>Approximate Time: 5 minutes<br>Date of Hearing: _____<br>Time of Hearing: _____<br>Judge: _____ |

NOTICE OF DEFENDANT SANDFORD JACOBSON'S MOTION TO CONTINUE
PRETRIAL CONFERENCE HEARING AND TRIAL

---

TO:  THOMAS MUEHLECK, ESQ.
     Assistant United States Attorney
     Room 6100, PJKK Federal Bldg.
     300 Ala Moana Blvd., Box 50183
     Honolulu, Hawaii 96850

          [CERTIFICATE OF SERVICE ATTACHED]

Attorney for Plaintiff
United States of America

ARTHUR E. ROSS, ESQ.
Attorney at Law
126 Queen Street, Ste. 210
Honolulu, Hawaii  96813
Attorney for Defendant
Maria D. Barnes

MICHAEL J. PARK, ESQ.
Attorney at Law
733 Bishop Street, Ste. 2302
Honolulu, Hawaii  96813
Attorney for Defendant
George Callender

RICHARD D. GRONNA
820 Mililani Street, Ste. 812
Honolulu, Hawaii  96813
Attorney at Law
Robert Cruz

PLEASE TAKE NOTICE that the foregoing motion will be heard before the Honorable _____, United States District Judge and/or Judge Magistrate, in the courtroom of the said Judge in the United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii, on _____, _____, 2006 at _____ O'clock _____.M., or as soon thereafter as counsel may be heard.

DATED:  Honolulu, Hawaii, April 6, 2006.

_____
LOUIS MICHAEL CHING  4209
Attorney for Defendant
SANFORD JACOBSON

- 2 -

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367-04 DAE |
| | ) | |
| Plaintiff, | ) | [18 U.S.C. 1956(a)(1)(B)(i), |
| | ) | (a)(3), (h) and 2] |
| vs. | ) | |
| | ) | |
| SANDFORD JACOBSON, (04), | ) | |
| et al., | ) | DEFENDANT SANDFORD JACOBSON'S |
| | ) | MOTION TO CONTINUE PRETRIAL |
| Defendants. | ) | CONFERENCE HEARING AND TRIAL |
| | ) | |

DEFENDANT SANDFORD JACOBSON'S MOTION TO CONTINUE PRETRIAL
CONFERENCE HEARING AND TRIAL

---

COMES NOW Defendant SANFORD JACOBSON, by and through his counsel, Louis Michael Ching and respectfully moves this Honorable Court for an order granting continuance of the pretrial conference hearing and trial, to wit, a new date agreed upon by the parties.

This Motion to continue is based upon the following findings by the court that:

1. The instant case is complex and it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. 3161;

2. Further, taken as a whole, and based upon Declaration of Counsel, failure to grant a continuance, would deny

- 3 -

defendant the reasonable time necessary for effective preparation, even taking into account the exercise of due diligence;

This motion is made pursuant to Rules 12 and 47 of the Federal Rules of Criminal Procedure, 18 U.S.C. 3161, the United States Constitution, Declaration of Counsel, the records and files herein, and any and all evidence adduced at the hearing on this motion.

DATED: Honolulu, Hawaii, April 6, 2006.

_____
LOUIS MICHAEL CHING 4209
Attorney for Defendant
SANFORD JACOBSON

- 4 -