CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing motion was duly served upon the below listed individuals at their last known addresses or official court jacket(s) either by hand delivery or by pre-paid postage deposited in the United States Postal Mail on the ABOVE STAMPED-FILED DATE.

TO:  THOMAS MUEHLECK, ESQ.
     Assistant United States Attorney
     Room 6100, PJKK Federal Bldg.
     300 Ala Moana Blvd., Box 50183
     Honolulu, Hawaii 96850
     Attorney for Plaintiff
     United States of America

     ARTHUR E. ROSS, ESQ.
     Attorney at Law
     126 Queen Street, Ste. 210
     Honolulu, Hawaii  96813
     Attorney for Defendant
     Maria D. Barnes

     MICHAEL J. PARK, ESQ.
     Attorney at Law
     733 Bishop Street, Ste. 2302
     Honolulu, Hawaii  96813
     Attorney for Defendant
     George Callender

     RICHARD D. GRONNA
     820 Mililani Street, Ste. 812
     Honolulu, Hawaii  96813
     Attorney at Law
     Robert Cruz

          DATED:  Honolulu, Hawaii, April 6, 2006.


          _____
          LOUIS MICHAEL CHING 4209
          Attorney for Defendant
          SANFORD JACOBSON