EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00367-04 DAE |
| | ) | |
| Plaintiff, | ) | UNITED STATES' RESPONSE TO |
| | ) | DEFENDANT'S MOTION TO |
| vs. | ) | CONTINUE PRETRIAL CONFERENCE |
| | ) | AND TRIAL |
| SANFORD JACOBSON, (04), | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

UNITED STATES' RESPONSE TO DEFENDANT'S MOTION
TO CONTINUE PRETRIAL CONFERENCE AND TRIAL

The United States does not object to defendant Jacobson's motion to continue the pretrial conference and trial in the above matter.

                    EDWARD H. KUBO, JR.
                    United States Attorney
                    District of Hawaii


                    By /s/ Thomas Muehleck
                       THOMAS MUEHLECK
                       Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at his last known address:

Served by First Class Mail:

| | |
|---|---|
| Mr. Louis M. Ching<br>Attorney at Law<br>4475 Kilauea Avenue<br>Honolulu, HI 96816 | April 19, 2006 |

    Attorney for Defendant
    Sanford Jacobson

                                      /s/Rowena N. Kang