EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK  3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (08)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00367-01-04 DAE |
| Plaintiff, | STIPULATION CONTINUING TRIAL DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT; ORDER |
| vs. | |
| MARIA D. BARNES, (01), SANFORD JACOBSON, (04), | Old Date: May 16, 2006 |
| | New Date: October 24, 2006 |
| Defendants. | Judge: Hon. David A. Ezra |

STIPULATION CONTINUING TRIAL DATE AND
EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, that the trial of this matter be continued from May 16, 2006 to October 24, 2006 before United States District Judge David A. Ezra.  The basis for the request continuance is to ensure that the defendants have adequate time to prepare for trial.  Counsel for Defendant Jacobson has just recently joined the case.

1

The Final Pretrial Conference is rescheduled to September 25, 2006 at 10:00 a.m., before United States Magistrate Judge Barry M. Kurren. Defendants' motions are due September 11, 2006 and the date for the government's response is September 25, 2006.

IT IS FURTHER STIPULATED that the time from May 16, 2006 until the new trial date of October 24, 2006 be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial and that failure to continue the trial would deny the defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence.

The parties agree and ask the Court to find that the case should be continued for the foregoing reasons and that the
//
//
//
//
//
//
//
//
Court's approval be construed as a finding of excludable time for the reasons stated.

```
DATED: May 10, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii


                           By /s/Thomas Muehleck
                              THOMAS MUEHLECK
                              Assistant U.S. Attorney



                              /s/ Arthur E. Ross
                              ARTHUR E. ROSS
                              Attorney for defendant
                                Maria D. Barnes



                              /s/ Louis M. Ching
                              LOUIS M. CHING
                              Attorney for defendant
                                Sanford Jacobson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00367-01-04 DAE |
| ) | |
| Plaintiff, ) | ORDER |
| ) | |
| vs. ) | |
| ) | |
| MARIA D. BARNES,      (01), ) | |
| SANFORD JACOBSON,     (04), ) | Old Date:  May 16, 2006 |
| ) | New Date:  October 24, 2006 |
| Defendants. ) | Judge: Hon. David A. Ezra |
| _____) | |

ORDER

      For the reasons stated above, and pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B)(iv), the Court finds that granting the continuance outweighs the best interest of the public and the defendant in a speedy trial.  The Court further finds that failure to grant a continuance would deny counsel for the defendants the reasonable time necessary for effective preparation for trial taking into account the exercise of due diligence.  Therefore, the time from the present trial date of May 16, 2006 until the new trial date of October 24, 2006 is excluded for purposes of the Speedy Trial Act.  The final pretrial conference will be held on September 25, 2006, at 10:00 a.m., before United States Magistrate Judge Barry M. Kurren.

//
//
//
//

Defense has until September 11, 2006 to file motions and the

government has until September 25, 2006 to file a response.

       IT IS SO APPROVED AND ORDERED:

       DATED: May 11, 2006, at Honolulu, Hawaii.



_____
David Alan Ezra
United States District Judge

<u>United States v. Maria D. Barnes, et al.</u>
Cr. No. 05-00367 DAE

Stipulation Continuing Trial Date and
Excluding Time Under the Speedy Trial Act