# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/29/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00367DAE |
| CASE NAME: | USA vs. (04) SANFORD JACOBSON |
| ATTYS FOR PLA: | Jonathan M. F. Loo |
| ATTYS FOR DEFT: | (04) Louis Michael Ching |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | FTR-Courtroom 7 |
| DATE: | 08/29/2006 | TIME: | 11:48-12:12 |

COURT ACTION:  EP: Motion for Withdrawal of Not Guilty Plea and To Plead Anew - Defendant (04) Sanford Jacobson present, not in custody.

Defendant sworn, questioned by the Court. Consent to Rule 11 Plea In a Felony Case Before United States Magistrate, signatures verified and filed. Memorandum of Plea Agreement, signatures verified and filed. Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, possible penalties, supervised release, possible loss of civil rights, limited rights to appeal, etc.

Plea of Guilty as to Count 1 of the Indictment entered by the Defendant. R&R signed, with 10 days to object. Pre-Sentence report ordered from USPO.

SENTENCING to Count 1 of the Indictment set for 1:30 p.m. 2/27/06 before Judge David Alan Ezra.

Defendant's current conditions of release to continue.

Submitted by: Warren N. Nakamura, Courtroom Manager