# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/30/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 05-00367DAE |
| CASE NAME: | USA vs. (04) SANFORD JACOBSON |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 08/30/2006 | TIME: | |

COURT ACTION:  EO: Regarding Court Minutes on Motion for Withdrawal of Not Guilty Plea and To Plead Anew as to Defendant (04) Sanford Jacobson held 8/29/06.

There was an inadvertent typographical error.

SENTENCING to Count 1 of the Indictment **is actually** set for 1:30 p.m. **2/26/07** before Judge David Alan Ezra.

Submitted by: Warren N. Nakamura, Courtroom Manager