EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

JONATHAN M. F. LOO
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jonathan.loo@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.  05-00367 DAE |
| | ) | |
| Plaintiff, | ) | |
| | ) | SENTENCING STATEMENT OF |
| vs. | ) | THE UNITED STATES; |
| | ) | CERTIFICATE OF SERVICE |
| SANFORD JACOBSON,   (04) | ) | |
| | ) | Date:   February 27, 2007 |
| Defendant. | ) | Time:   1:30 p.m. |
| _____ | ) | Judge:  David Alan Ezra |

SENTENCING STATEMENT OF THE UNITED STATES

      The United States has no objections to this draft presentence report.

      DATED: February 5, 2007, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii


                                By /s/ Jonathan M. F. Loo
                                   JONATHAN M. F. LOO
                                   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served by mail:

LOUIS M. CHING, ESQ.                    February 5, 2007
4475 Kilauea Avenue
Honolulu, Hawaii 96816

Attorney for Defendant
SANFORD JACOBSON


Served by Hand-Delivery:                February 5, 2007

U.S. PROBATION OFFICE
ATTN: Ellie Asasaki
300 Ala Moana Boulevard
Honolulu, HI 96850


DATED:  Honolulu, Hawaii, February 5, 2007.


                                        /s/ M. Derby-Taufa'asau