# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/26/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00367DAE |
| CASE NAME: | USA v. (04)Sanford Jacobson |
| ATTYS FOR PLA: | Jonathan Loo |
| ATTYS FOR DEFT: | Louis Michael Ching |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/26/2007 | TIME: | 9:00am-9:10am(m/d) 9:10am-9:55am |

COURT ACTION:  EP: Sentencing to Count 1of the Indictment as to Defendant (04)Sanford Jacobson. Government's Motion for Downward Departure.

Defendant (04)Sanford Jacobson present in custody.

The Memorandum Plea Agreement is accepted.

Government's Motion for Downward Departure-GRANTED.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant (04)Sanford Jacobson.

SENTENCE:

Probation:  3 YEARS

CONDITIONS:

    1.    Defendant shall abide by the standard conditions of probation.

    2.    Defendant shall not commit any federal, state, or local crimes.

    3.    Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase up to one valid drug test per day.[DRUG TESTING IS WAIVED]

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in a mental health program at the discretion and direction of the Probation Office.

8. That the defendant serve 12 months of home detention with electronic monitoring as arranged by the Probation Office.  During this time, the defendant shall remain at his place of residence, and shall not leave his residence without the approval of the Probation Office, except that he shall be allowed to attend medical and mental health appointments and purchase groceries, with the advance approval of the Probation Office.  In addition, the defendant shall be allowed to leave his home on Sundays, between 8:00 a.m. and 8:00 p.m., but he must submit a plan of his activities for the day, in advance, to the Probation Office.  The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures pursuant to the Participant's Agreement and shall earn leave as determined by the Probation Office.  The defendant also will be responsible for the payment of the electronic monitoring costs as directed by the Probation Office.

9. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment:  $100.00.

Defendant advised of his right to appeal.

Submitted by:  Theresa Lam, Courtroom Manager