LOUIS MICHAEL CHING 4209
ATTORNEY AT LAW
4475 KILAUEA AVENUE
HONOLULU, HAWAII 96816
TEL: 734-1520

Attorney for Defendant
SANFORD JACOBSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

**ORIGINAL**

APR 1 9 2007

at 8 o'clock and 10 min. A M
SUE BEITIA, CLERK

**LODGED**

APR 1 7 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00367 DAE-04 |
| Plaintiff, ) | |
| vs. ) | |
| SANFORD JACOBSON, ) | STIPULATION WAIVING ENTIRE ELECTRONIC MONITORING FEES AND COSTS and ORDER |
| Defendant. ) | |

STIPULATION WAIVING ENTIRE ELECTRONIC MONITORING
FEES AND COST and ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between THE UNITED STATES OF AMERICA, by and through its counsel, Assistant U. S. Attorney JONATHAN LOO, Esq. and Defendant SANFORD JACOBSON, by and through his counsel, LOUIS MICHAEL CHING, Esq., that the ELECTRONIC MONITORING FEES and COSTS are waived in its entirety as to Defendant Sanford Jacobson for the duration of electronic monitoring. The U.S. Probation

Department shall pay for any electronic monitoring fees and costs.

DATED: Honolulu, Hawaii, April 17, 2007.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By: _____
JONATHAN LOO, ESQ.
Assistant U.S. Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
LOUIS MICHAEL CHING, ESQ.
Attorney for Defendant
SANFORD JACOBSON

SO ORDERED:

_____                    DATE: APR 1 9 2007
JUDGE OF THE ABOVE-ENTITLED COURT